AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

## Return

| Case No: | Date and Time Warrant Executed: | Copy of Warrant and Inventory Left With: |
|---|---|---|
| 23 M 825 | 08/23/2023 11:19 AM | Twitter Online Portal |

Inventory made in the presence of:
SA Keith H. Hennings

Inventory of the property taken and name of any person(s) seized:

Electronic files from Twitter Account ID 174392125

KHH

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 08/30/2023

_Executing officer's signature_

SA Keith H. Hennings
_Printed name and title_