UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | ) | | |
| | ) | | |
| v. | ) | No. | 23 M 825 |
| | ) | | |
| SUPPRESSED | ) | Judge: | |

## **WITHDRAWAL OF AUSA COREY B. RUBENSTEIN**

Please take notice that Assistant United States Attorney Corey B. Rubenstein is no longer assigned to this case.

Respectfully submitted,

ANDREW S. BOUTROS
United States Attorney

By: */s/ Corey B. Rubenstein*
COREY B. RUBENSTEIN
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-8880

Dated: May 6, 2025